IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KEVIN MIKOLASHEK,<br>    Plaintiff,<br>v.<br><br>LUXURBAN HOTELS, INC.,<br>    Defendant. | No. 1:24-cv-1188-MSN-WBP |

## ORDER

This matter comes before the Court upon the Proposed Findings of Fact and Recommendation issued by Magistrate Judge William B. Porter on November 25, 2024 (ECF 19) ("Recommendation").[1] Having reviewed the record and Judge Porter's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 8) is **GRANTED**; and it is further

**ORDERED** that judgment by default in the total sum of **$211,950** is entered against Defendant in Plaintiff's favor; and it is further

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Porter's Recommendation was December 10, 2024. Because no such objections have been filed, the Court embraces Judge Porter's analysis without reservation.

/s/ SO ORDERED.
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

January 2, 2025
Alexandria, Virginia